**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
LAUREN SHOOR (BAR NO. 280788)
ALINA GATTO (BAR NO. 341169)
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
jeff.margulies@nortonrosefulbright.com
lauren.shoor@nortonrosefulbright.com
alina.gatto@nortonrosefulbright.com

Attorneys for Defendant
TARGET CORPORATION

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHRYN KRYSINSKI, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendants. | Case No. 3:24-cv-00947 CAB VET<br><br>*District Judge: Hon. Judge Cathy Ann Bencivengo*<br><br>**TARGET CORPORATION'S NOTICE OF APPEARANCE OF ALINA GATTO** |

DOCUMENT PREPARED ON RECYCLED PAPER

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

Please take notice that Alina Gatto of Norton Rose Fulbright US LLP is making an appearance for Defendant Target Corporation

Alina Gatto's contact information is:

Alina Gatto, Esq.
**NORTON ROSE FULBRIGHT US LLP**
California Bar No. 341169
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Phone No.: (213) 892-9263
E-Mail: alina.gatto@nortonrosefulbright.com

Jeffrey Margulies shall remain as Attorney-in-Charge for Defendant and should continue receiving service and notice of all filings and matters in this case.

Dated:  July 26, 2024

**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES
LAUREN SHOOR
ALINA GATTO


By  */s/ Alina Gatto*
     ALINA GATTO
Attorneys for Defendant TARGET CORPORATION

# CERTIFICATE OF SERVICE

I, Lorraine Corrales, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On Monday, July 26, 2024, I electronically filed the attached document(s): **TARGET CORPORATION'S NOTICE OF APPEARANCE OF ALINA GATTO** with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| **SMITH KRIVOSHEY, PC**<br>Yeremey O. Krivoshey (SBN 295032)<br>166 Geary Street, Ste. 1500-1507<br>San Francisco, CA 94108<br>Telephone: 415-839-7077<br>Facsimile: (888) 410-0415<br>E-Mail: yeremey@skclassactions.com | *Attorneys for Plaintiff,*<br>*KATHRYN KRYSINSKI, on behalf*<br>*of herself and all others similarly*<br>*situated* |
| **SMITH KRIVOSHEY, PC**<br>Joel D. Smith (SBN 244902)<br>867 Boylston Street, 5th Floor #1520<br>Boston, MA 02116<br>Telephone: 617-377-4704<br>Facsimile: (888) 410-0415<br>E-Mail: joel@skclassactions.com | |

X  (BY CM/ECF) Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

X  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court, 23 at whose direction the service was made.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 26, 2024, at Los Angeles, California.

/s/ Lorraine Corrales
_____
Lorraine Corrales