**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (SBN 295032)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (SBN 244902)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-4704
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KRYSINSKI, on Behalf of Herself and all Others Similarly Situated,<br><br>        Plaintiff,<br>    v.<br><br>TARGET CORPORATION,<br><br>        Defendant. | Case No.  24-CV-0947-CAB-VET<br><br>**Joint Motion to Stay Pending Mediation** |

JOINT MOTION TO STAY PENDING MEDIATION

Plaintiff Kathryn Krysinski ("Plaintiff"), jointly with Defendant Target Corporation (collectively, the "Parties"), moves for the Court to stay all case deadlines pending the completion of the Parties' anticipated private mediation for the foregoing reasons:

1. Plaintiff filed this action on May 31, 2024 (ECF No. 1).

2. Defendant filed its Answer on July 22, 2024 (ECF No. 6).

3. On July 23, 2024, the Court issued the Notice and Order Setting Early Neutral Evaluation Conference and Case Management Conference, which, *inter alia*, required that the Parties meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than August 27, 2024, serve initial disclosures and file a Joint Discovery Plan no later than September 10, 2024, and attend an Early Neutral Evaluation Conference ("ENE") followed by a Case Management Conference ("CMC") pursuant to Fed. R. Civ. P. 16(b) on September 17, 2024.

4. This action concerns Plaintiff's claims that Target deceptively labeled certain diaper pail refill bags that it sells. The refill bags were supplied to Target by Munchkin, Inc. Munchkin is obligated to defend and indemnify Target for the claims asserted in this action.

5. On May 24, 2024, an action was filed in the United States District Court for the Central District of California against Munchkin alleging nearly identical claims to those alleged in this action (*McKinney v. Munchkin, Inc.*, Case No. 2:24-cv-4338).

6. The Parties in this action and the parties to the Munchkin action have engaged in settlement discussions over the last two months and have recently agreed to attend a private mediation in the near future. The Parties in this action and the parties to the Munchkin action intend to attend the mediation within the next 60 days, subject to Party and mediator availability, and are actively discussing the selection of a mediator with availability in the near future that is acceptable to both parties. The Parties desire to stay the litigation pending the completion of mediation to allow the Parties to invest all available time and resources towards a potential resolution of this litigation and the Munchkin action without prejudicing any Party with respect to upcoming case deadlines.

7. Accordingly, the Parties jointly request and move for the Court to stay all case deadlines until the completion of mediation. The Parties will endeavor to complete mediation by no later than October 2, 2024, and will provide a status update to the Court within 3 business days of the completion of mediation or October 7, 2024, whichever is earlier.

Dated:  August 5, 2024

Respectfully Submitted,

**SMITH KRIVOSHEY, PC**

By:  */s/ Yeremey Krivoshey*
      Yeremey Krivoshey

Yeremey O. Krivoshey (SBN 295032)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (SBN 244902)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-4704
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiff*

Dated:  August 5, 2024

**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES
LAUREN SHOOR
ALINA GATTO

By  */s/ Jeffrey Margulies*
    Jeffrey Margulies
    Attorneys for Defendant TARGET CORPORATION