UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KRYSINSKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: 3:24-cv-00947-CAB-VET<br><br>**ORDER GRANTING JOINT MOTION STAY PROCEEDINGS**<br><br>[ECF No. 13] |

The parties filed a joint motion [ECF No. 13] to stay the proceedings in this case until the completion of mediation. The proceedings and all deadlines are hereby stayed. The parties expect to finish mediation by October 2, 2024. The parties will provide a status update to the Court within three days of the completion of mediation or by October 7, 2024, whichever is earlier.

It is **SO ORDERED**.

Dated: August 9, 2024

Hon. Cathy Ann Bencivengo
United States District Judge

3:24-cv-00947-CAB-VET