1  **SMITH KRIVOSHEY, PC**
2  Yeremey O. Krivoshey (SBN 295032)
   166 Geary Str STE 1500-1507
3  San Francisco, CA 94108
   Telephone: 415-839-7077
4  Facsimile: (888) 410-0415
   E-Mail: yeremey@skclassactions.com
5
   **SMITH KRIVOSHEY, PC**
6  Joel D. Smith (SBN 244902)
   867 Boylston Street 5th Floor #1520
7  Boston, MA 02116
   Telephone: 617-377-4704
8  Facsimile: (888) 410-0415
   E-Mail: joel@skclassactions.com
9
10 *Attorneys for Plaintiff*

11
12                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
13

14 | | |
   |---|---|
15 | KATHRYN KRYSINSKI, on Behalf of Herself and all Others Similarly Situated, | Case No. 24-CV-0947-CAB-VET |
16 | Plaintiff, | **Stipulation of Dismissal** |
17 | v. | |
18 | TARGET CORPORATION, | |
19 | Defendant. | |

STIPULATION OF DISMISSAL

1   TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2   IT IS HEREBY STIPULATED by and between Plaintiff Kathryn Krysinski and Defendant Target Corporation, that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), all of the individual claims asserted by Plaintiff Kathryn Krysinski against Defendant Target Corporation are hereby dismissed with prejudice.  The parties will bear their own attorneys' fees and costs.

Dated:  October 2, 2024                    Respectfully Submitted,

**SMITH KRIVOSHEY, PC**

By: */s/ Yeremey Krivoshey*
     Yeremey Krivoshey

Yeremey O. Krivoshey (SBN 295032)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (SBN 244902)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-4704
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiff*

Dated:  October 2, 2024                    **NORTON ROSE FULBRIGHT US LLP**
                                           JEFFREY MARGULIES
                                           LAUREN SHOOR
                                           ALINA GATTO

By  */s/ Jeffrey Margulies*
     Jeffrey Margulies
     Attorneys for Defendant TARGET
     CORPORATION

STIPULATION OF DISMISSAL                                                    1