UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KRYSINSKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No.: 24-CV-947-CAB-VET<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 15] |

Plaintiff Kathryn Krysinski and Defendant Target Corporation ("Target") filed a joint motion to dismiss all claims asserted by Plaintiff Krysinski against Defendant with prejudice. [ECF No. 15.] That the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated: October 2, 2024

Hon. Cathy Ann Bencivengo
United States District Judge